UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ANAYA,

        Plaintiff,

  v.

CDCR,

        Defendant.

No. 2:15-cv-1726 AC P

ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        Although the original complaint does not indicate where the alleged violations of plaintiff's civil rights took place, plaintiff's amended complaints indicate that they took place at the California Substance Abuse Treatment Facility and State Prison in Corcoran.  ECF No. 47 at 5, ECF No. 79 at 3; ECF No. 85 at 2.  The alleged violations therefore took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

////

1

In transferring this case, the court notes that plaintiff initiated this case on August 10, 2015. ECF No. 1. Even though this case has not yet been screened, as of the filing of this order there are over ninety docket entries, all but three of which are documents filed by plaintiff. The Eastern District of California maintains one of the heaviest caseloads in the nation, a significant portion of which is comprised of pro se inmate cases such as this one. This sometimes causes unavoidable delays in the resolution of individual matters and plaintiff's filing of numerous, duplicative documents and requests only slows the process further.

In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's motion to proceed in forma pauperis or any of his other pending motions. **Plaintiff shall not file anything else until the Fresno Division has an opportunity to screen the complaint.**

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's pending motions;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:
>  United States District Court
>  Eastern District of California
>  2500 Tulare Street
>  Fresno, CA 93721

4. Plaintiff shall not file anything else until the Fresno Division screens the complaint.

DATED: January 11, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE